**Order filed December 4, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00979-CV
_____

**RANDALL L. PATTERSON, Appellant**

**V.**

**CITY OF HOUSTON, Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2011-27190**

---

# O R D E R

According to information provided to this court, appellant mailed a notice of appeal on October 19, 2012, to the Harris County District Clerk to appeal a judgment signed on or about September 21, 2012. Appellant has not paid the appellate filing fee in the amount of $175.00. The clerk's record in this appeal was due November 20, 2012, but it has not been filed because appellant has not made payment arrangements for its preparation.

On November 13, 2012, appellant notified this court that, "This Application for Writ of Habeas Corpus under appeal has been filed under Texas Code of Criminal Procedure Section 11.01. This is a no fee case under Texas Code of Criminal Procedure Art. 11.051." We have been advised that appellant provided a similar notice to the Harris County District Clerk.

An appeal from a ruling on an application for a writ of habeas corpus is generally a criminal matter governed by the Texas Code of Criminal Procedure. This case was filed in a civil district court, however, and the Texas Code of Criminal Procedure generally does not apply to civil cases. While a party may file an application for a writ of habeas corpus in a civil case to seek relief from confinement for contempt of court, the Texas Supreme Court has determined that an order granting or denying habeas relief in a civil case is not appealable. *See Gray v. Rankin,* 594 S.W.2d 409 (Tex. 1980); *see also Filsinger v. Filsinger*, 225 S.W.3d 29 (Tex. App.—El Paso 2005, no pet.) (holding that an order granting a writ of habeas corpus is not an appealable order). It therefore appears that this court may lack jurisdiction over this appeal.

In order that we may determine our jurisdiction over this appeal, pursuant to Tex. R. App. P. 35.3(c), we issue the following order:

The Harris County District Clerk is directed to file a partial clerk's record on or before **December 28, 2012**, containing the following:

(1) the pleadings; *see* Tex. R. App. P. 34.5(a)(1);

(2) the court's judgment or order being appealed, *see* Tex. R. App. P. 34.5(a)(5); and

(3) the notice of appeal. *See* Tex. R. App. P. 34.5(a)(7).

PER CURIAM